UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: ) | Case No. 11-15967 |
| ) | |
| PRAZMOWSKI, BARTOSZ ) | |
| SZORC, ANNA ) | |
| ) | |
| ) | |
| ) | |
| Debtor(s) ) | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that RICHARD M. FOGEL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street, 7th Floor, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved prior to the Final Report must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at **10:30 a.m. on September 13, 2012 in Courtroom 742**, United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of this Court.

Date: August 14, 2012     By: /s/ Richard M. Fogel
                                                              Trustee

RICHARD F. FOGEL
321 N. CLARK STREET
SUITE 800
CHICAGO, IL 60654
312-276-1334
rfogel@shawgussis.com
UST Form 101-7-NFR (9/1/2009)

{000 NTC A0236578.DOC}

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: PRAZMOWSKI, BARTOSZ | § | Case No. 11-15967 |
| SZORC, ANNA | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 11,000.13 |
| *and approved disbursements of* | $ 304.69 |
| *leaving a balance on hand of* [1] | $ 10,695.44 |
| **Balance on hand:** | $ 10,695.44 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 10,695.44 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - RICHARD M. FOGEL | 1,850.01 | 0.00 | 1,850.01 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 1,850.01 |
| Remaining balance: | $ 8,845.43 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | |
|---|---|
| Total to be paid for prior chapter administrative expenses: | $ 0.00 |
| Remaining balance: | $ 8,845.43 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 8,845.43

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 18,990.62 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 46.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 6,142.71 | 0.00 | 2,861.15 |
| 2 | Discover Bank | 1,384.35 | 0.00 | 644.81 |
| 3 | Chase Bank USA, N.A. | 2,087.35 | 0.00 | 972.24 |
| 4 | Chase Bank USA, N.A. | 6,839.95 | 0.00 | 3,185.90 |
| 5 | Chase Bank USA, N.A. | 1,480.41 | 0.00 | 689.54 |
| 7 | LVNV Funding LLC | 1,055.85 | 0.00 | 491.79 |

Total to be paid for timely general unsecured claims: $ 8,845.43
Remaining balance: $ 0.00

UST Form 101-7-NFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/RICHARD M. FOGEL
Trustee

RICHARD M. FOGEL
321 N. CLARK STREET
SUITE 800
CHICAGO, IL 60654
(312) 276-1334
rfogel@shawgussis.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                            United States Bankruptcy Court
                             Northern District of Illinois

In re:                                                            Case No. 11-15967-CAD
Bartosz Prazmowski                                                Chapter 7
Anna Szorc
        Debtors                     CERTIFICATE OF NOTICE
District/off: 0752-1           User: ccabrales              Page 1 of 2              Date Rcvd: Aug 14, 2012
                               Form ID: pdf006              Total Noticed: 17


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 16, 2012.
db/jdb        +Bartosz Prazmowski,    Anna Szorc,    1666 Ontarioville Road,    Hanover Park, IL 60133-4806
17134557      +Asset Management Out,    6737 W Washington,    West Allis, WI 53214-5647
17134559      +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
17134558      +Chase,    Po Box 24696,    Columbus, OH 43224-0696
17435018       Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
17134562      +Chase Home Equity,    PO Box 24785,    Columbus, OH 43224-0785
17134563      +Citibank/Sears,    P.O. Box 6189,    Sioux Falls, SD 57117-6189
17134569      +Nissan Motor Acceptanc,    Po Box 660360,    Dallas, TX 75266-0360
17134570      +Sst/jpmc,    4315 Pickett Rd,    St Joseph, MO 64503-1600
17665545      +Susquehanna Commercial Finance, Inc.,    2 Country View Road, Suite 300,    Malvern, PA 19355-1420

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17366051       E-mail/PDF: mrdiscen@discoverfinancial.com Aug 15 2012 03:10:27       Discover Bank,
               DB Servicing Corporation,    PO Box 3025,    New Albany, OH   43054-3025
17134564      +E-mail/PDF: mrdiscen@discoverfinancial.com Aug 15 2012 03:10:27       Discover Fin,    Po Box 6103,
               Carol Stream, IL 60197-6103
17159920       E-mail/Text: ECF@SHERMETA.COM Aug 15 2012 03:13:06       J.P. MORGAN CHASE BANK, N.A.,
               c/o Shermeta, Adams & Von Allmen, P.C.,    P.O. Box 80908,    Rochester Hills, MI   48308-0908
17711525       E-mail/Text: resurgentbknotifications@resurgent.com Aug 15 2012 01:52:06       LVNV Funding LLC,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
17134566      +E-mail/Text: bankruptcy@leadingedgerecovery.com Aug 15 2012 03:10:50
               Leading Edge Recovery Solutions,    5440 N. Cumberland Ave,    Ste. 300,   Chicago, IL 60656-1486
17134567      +E-mail/Text: resurgentbknotifications@resurgent.com Aug 15 2012 01:52:06       Lvnv Funding Llc,
               Po Box 740281,    Houston, TX 77274-0281
17134568      +E-mail/Text: bankrup@nicor.com Aug 15 2012 01:53:14       Nicor Gas,
               Attention: Bankruptcy Department,    Po Box 190,    Aurora, IL 60507-0190
                                                                                              TOTAL: 7

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17134560*     +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
17134561*     +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
17134565*     +Discover Fin,    Po Box 6103,    Carol Stream, IL 60197-6103
                                                                                  TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 16, 2012**              **Signature:**   _Joseph Speetjens_

```
District/off: 0752-1          User: ccabrales           Page 2 of 2                  Date Rcvd: Aug 14, 2012
                              Form ID: pdf006           Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 14, 2012 at the address(es) listed below:

        Joel P Fonferko   on behalf of Creditor   JPMorgan Chase Bank, National Association ND-Two@il.cslegal.com

        Konstantine T. Sparagis   on behalf of Debtor Bartosz Prazmowski gsparagi@yahoo.com, mark@atbankruptcy.com;gus@atbankruptcy.com;tim@atbankruptcy.com;ameyers@atbankruptcy.com;josietroester@msn.com;gus@bestclientinc.com

        Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov

        Richard M Fogel   rfogel@shawgussis.com,  IL72@ecfcbis.com

        TOTAL: 4

Case 11-15967    Doc 31    Filed 08/14/12    Entered 08/16/12 23:48:37    Desc Imaged
Certificate of Notice    Page 6 of 6