**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re: PRAZMOWSKI, BARTOSZ § | Case No. 11-15967 |
| SZORC, ANNA § | |
| § | |
| Debtor(s) § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

RICHARD M. FOGEL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $236,401.00     Assets Exempt: $8,680.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $8,845.43     Claims Discharged
                                               Without Payment: $15,249.19

Total Expenses of Administration: $2,154.70

3) Total gross receipts of $ 11,000.13 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $11,000.13 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $310,439.00 | $6,978.99 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,154.70 | 2,154.70 | 2,154.70 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 24,214.00 | 18,990.62 | 18,990.62 | 8,845.43 |
| **TOTAL DISBURSEMENTS** | $334,653.00 | $28,124.31 | $21,145.32 | $11,000.13 |

4) This case was originally filed under Chapter 7 on April 14, 2011. The case was pending for 18 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/01/2012          By: /s/RICHARD M. FOGEL
                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2005 Volvo Semi Truck - vehicle is paid in full | 1129-000 | 5,000.00 |
| 2007 Great Dane Trailer - property is encumbered | 1129-000 | 6,000.00 |
| Interest Income | 1270-000 | 0.13 |
| **TOTAL GROSS RECEIPTS** | | **$11,000.13** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6 | Susquehanna Commercial Finance, Inc. | 4210-000 | N/A | 6,978.99 | 0.00 | 0.00 |
| NOTFILED | Chase Home Equity | 4110-000 | 56,839.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 4110-000 | 253,600.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$310,439.00** | **$6,978.99** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RICHARD M. FOGEL | 2100-000 | N/A | 1,850.01 | 1,850.01 | 1,850.01 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 4.69 | 4.69 | 4.69 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $2,154.70 | $2,154.70 | $2,154.70 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | 6,142.00 | 6,142.71 | 6,142.71 | 2,861.15 |
| 2 | Discover Bank | 7100-000 | 1,435.00 | 1,384.35 | 1,384.35 | 644.81 |
| 3 | Chase Bank USA, N.A. | 7100-000 | 2,087.00 | 2,087.35 | 2,087.35 | 972.24 |
| 4 | Chase Bank USA, N.A. | 7100-000 | 7,979.00 | 6,839.95 | 6,839.95 | 3,185.90 |
| 5 | Chase Bank USA, N.A. | 7100-000 | 1,467.00 | 1,480.41 | 1,480.41 | 689.54 |
| 7 | LVNV Funding LLC | 7100-000 | 0.00 | 1,055.85 | 1,055.85 | 491.79 |
| NOTFILED | Nissan Motor Acceptanc | 7100-000 | 3,321.00 | N/A | N/A | 0.00 |
| NOTFILED | Nicor Gas | 7100-000 | 53.00 | N/A | N/A | 0.00 |
| NOTFILED | Sst/jpmc | 7100-000 | 629.00 | N/A | N/A | 0.00 |
| NOTFILED | Leading Edge Recovery Solutions | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Asset Management Out | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Citibank/Sears | 7100-000 | 1,101.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $24,214.00 | $18,990.62 | $18,990.62 | $8,845.43 |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 11-15967  
**Case Name:** PRAZMOWSKI, BARTOSZ  
               SZORC, ANNA  
**Period Ending:** 10/01/12

**Trustee:** (330720) RICHARD M. FOGEL  
**Filed (f) or Converted (c):** 04/14/11 (f)  
**§341(a) Meeting Date:** 05/31/11  
**Claims Bar Date:** 09/01/11

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1 Real Estate located at 1666 Ontarioville Rd., Ha<br>   Orig. Asset Memo: Imported from original petition Doc# 1 | 224,500.00 | 0.00 | DA | 0.00 | FA |
| 2 Cash on Hand<br>   Orig. Asset Memo: Imported from original petition Doc# 1 | 100.00 | 0.00 | DA | 0.00 | FA |
| 3 Checking Account with Chase<br>   Orig. Asset Memo: Imported from original petition Doc# 1 | 30.00 | 0.00 | DA | 0.00 | FA |
| 4 Misc. household furniture<br>   Orig. Asset Memo: Imported from original petition Doc# 1 | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 5 Miscellaneous Collectibles<br>   Orig. Asset Memo: Imported from original petition Doc# 1 | 50.00 | 0.00 | DA | 0.00 | FA |
| 6 Miscellaneous Clothing<br>   Orig. Asset Memo: Imported from original petition Doc# 1 | 500.00 | 0.00 | DA | 0.00 | FA |
| 7 Miscellaneous Costume Jewelry<br>   Orig. Asset Memo: Imported from original petition Doc# 1 | 100.00 | 0.00 | DA | 0.00 | FA |
| 8 BAJ Trucking, Inc. (100% Shareholder)<br>   Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | DA | 0.00 | FA |
| 9 Est. Tax Refund<br>   Orig. Asset Memo: Imported from original petition Doc# 1 | 2,221.00 | 0.00 | DA | 0.00 | FA |
| 10 2001 Mercedes E 320 101k miles<br>   Orig. Asset Memo: Imported from original petition Doc# 1 | 6,900.00 | 0.00 | DA | 0.00 | FA |
| 11 2005 Volvo Semi Truck - vehicle is paid in full<br>   Orig. Asset Memo: Imported from Amended Doc#: 20; Original asset description: 12/10<br>Second Mortgage | 10,000.00 | 5,000.00 | | 5,000.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-15967  
**Case Name:** PRAZMOWSKI, BARTOSZ  
                SZORC, ANNA  
**Period Ending:** 10/01/12

**Trustee:** (330720) RICHARD M. FOGEL  
**Filed (f) or Converted (c):** 04/14/11 (f)  
**§341(a) Meeting Date:** 05/31/11  
**Claims Bar Date:** 09/01/11

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| Real Estate located at 1666 Ontarioville Rd. Hanover Park, Illinois 60133 Valu; Imported from Amended Doc#: 20; Original asset description: 2007 Great Dane Trailer - property is encumbered by lien in favor of GE Capital for approximately (See Footnote) | | | | | |
| 12  2007 Great Dane Trailer - property is encumbered  Orig. Asset Memo: Imported from Amended Doc#: 20; Original asset description: 12/10 Second Mortgage Real Estate located at 1666 Ontarioville Rd. Hanover Park, Illinois 60133 Valu (See Footnote) | 20,000.00 | 6,000.00 | | 6,000.00 | FA |
| Int  INTEREST (u) | Unknown | N/A | | 0.13 | FA |
| 13  Assets  Totals (Excluding unknown values) | $266,401.00 | $11,000.00 | | $11,000.13 | $0.00 |

RE PROP# 11    Trustee authorized to sell estate's interest to debtors for $5,000 per o/c 7-28-11  
RE PROP# 12    Trustee authorized to sell estate's interest to debtors for $6,000 per o/c 7-28-11

**Major Activities Affecting Case Closing:**

    Trustee collecting installment payments for sale of non-exempt personal property

**Initial Projected Date Of Final Report (TFR):**    December 31, 2012    **Current Projected Date Of Final Report (TFR):**    August 14, 2012 (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 11-15967
**Case Name:** PRAZMOWSKI, BARTOSZ
SZORC, ANNA
**Taxpayer ID #:** **-***2067
**Period Ending:** 10/01/12

**Trustee:** RICHARD M. FOGEL (330720)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******71-65 - Checking Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 07/29/11 | {11} | BARTOSZ PRAZMOWSKI | Initial payment, per o/c 7-28-11 | 1129-000 | 1,000.00 | | 1,000.00 |
| 07/29/11 | {11} | BARTOSZ PRAZMOWSKI | Initial payment, per o/c 7-28-11 | 1129-000 | 1,000.00 | | 2,000.00 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 2,000.01 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,975.01 |
| 09/06/11 | {11} | BARTOSZ PRAZMOWSKI | Installment payment | 1129-000 | 750.00 | | 2,725.01 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 2,725.02 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,700.02 |
| 10/06/11 | {11} | BARTOSZ PRAZMOWSKI | Installment payment | 1129-000 | 750.00 | | 3,450.02 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,450.04 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,425.04 |
| 11/04/11 | {11} | BARTOSZ PRAZMOWSKI | Installment payment | 1129-000 | 750.00 | | 4,175.04 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 4,175.06 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,150.06 |
| 12/06/11 | {11} | BARTOSZ PRAZMOWSKI | Installment payment | 1129-000 | 750.00 | | 4,900.06 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,900.09 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,875.09 |
| 01/06/12 | {12} | BARTOSZ PRAZMOWSKI | Installment payment | 1129-000 | 750.00 | | 5,625.09 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,625.13 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,600.13 |
| 02/06/12 | 1001 | INTERNATIONAL SURETIES, LTD. | Bond Premium - 016026455 | 2300-000 | | 4.69 | 5,595.44 |
| 02/15/12 | {12} | BARTOSZ PRAZMOWSKI | Installment payment | 1129-000 | 750.00 | | 6,345.44 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,320.44 |
| 03/06/12 | {12} | BARTOSZ PRAZMOWSKI | Installment payment | 1129-000 | 750.00 | | 7,070.44 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,045.44 |
| 04/04/12 | {12} | BARTOSZ PRAZMOWSKI | Installment payment | 1129-000 | 750.00 | | 7,795.44 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,770.44 |
| 05/08/12 | {12} | BARTOSZ PRAZMOWSKI | Installment payment | 1129-000 | 750.00 | | 8,520.44 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 8,495.44 |
| 06/05/12 | {12} | BARTOSZ PRAZMOWSKI | Installment payment | 1129-000 | 750.00 | | 9,245.44 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,220.44 |
| 07/06/12 | {12} | BARTOSZ PRAZMOWSKI | Installment payment | 1129-000 | 750.00 | | 9,970.44 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,945.44 |
| 08/02/12 | {12} | BARTOSZ PRAZMOWSKI | Final payment | 1129-000 | 750.00 | | 10,695.44 |
| 09/14/12 | 1002 | RICHARD M. FOGEL | Dividend paid 100.00% on $1,850.01, Trustee Compensation; Reference: | 2100-000 | | 1,850.01 | 8,845.43 |
| 09/14/12 | 1003 | Discover Bank | 46.57% dividend on Claim # 1, Ref: 6182 | 7100-000 | | 2,861.15 | 5,984.28 |
| 09/14/12 | 1004 | Discover Bank | 46.57% dividend on Claim # 2, Ref: 2707 | 7100-000 | | 644.81 | 5,339.47 |

Subtotals : $11,000.13   $5,660.66

{} Asset reference(s)

Printed: 10/01/2012 06:33 AM   V.13.04

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 11-15967
**Case Name:** PRAZMOWSKI, BARTOSZ
SZORC, ANNA
**Taxpayer ID #:** \*\*-\*\*\*2067
**Period Ending:** 10/01/12

**Trustee:** RICHARD M. FOGEL (330720)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-\*\*\*\*\*\*71-65 - Checking Account
**Blanket Bond:** $5,000,000.00   (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/14/12 | 1005 | Chase Bank USA, N.A. | 46.57% dividend on Claim # 3, Ref: 0664 | 7100-000 | | 972.24 | 4,367.23 |
| 09/14/12 | 1006 | Chase Bank USA, N.A. | 46.57% dividend on Claim # 4, Ref: 8257 | 7100-000 | | 3,185.90 | 1,181.33 |
| 09/14/12 | 1007 | Chase Bank USA, N.A. | 46.57% dividend on Claim # 5, Ref: 4677 | 7100-000 | | 689.54 | 491.79 |
| 09/14/12 | 1008 | LVNV Funding LLC | 46.57% dividend on Claim # 7, Ref: 5718 | 7100-000 | | 491.79 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 11,000.13 | 11,000.13 | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **11,000.13** | **11,000.13** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$11,000.13** | **$11,000.13** | |

|  | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # 9200-\*\*\*\*\*\*71-65** | 11,000.13 | 11,000.13 | 0.00 |
| | **$11,000.13** | **$11,000.13** | **$0.00** |

{} Asset reference(s)

Printed: 10/01/2012 06:33 AM   V.13.04